IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3072 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER ON ORAL MOTION TO |
| | ) | RESCHEDULE SENTENCING HEARING |
| ANGELA MARIE ONETH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

1.    the defendant's oral motion to reschedule sentencing hearing to a date and time next week is granted;

2.    the sentencing hearing shall commence at 12:15 p.m. on August 22, 2007, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

3.    the defendant shall be present for the hearing.

Dated August 20, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge