IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:07CR3072 |
| v. | ) | |
| ANGELA MARIE ONETH, | ) | ORDER ON MOTION TO SEAL |
| Defendant. | ) | |

IT IS ORDERED that the Motion to Seal, filing 35, is granted.

Dated March 3, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge